**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**CORNELIUS D. ALLEN,**

     **Petitioner,**

     **v.**

**WARDEN, PICKAWAY
CORRECTIONAL INSTITUTION,**

     **Respondent.**

     **CASE NO. 2:13-CV-01001
     JUDGE ALGENON L. MARBLEY
     Magistrate Judge Elizabeth P. Deavers**

## OPINION AND ORDER

On November 6, 2014, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed.  ECF 7.  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.**  This action is hereby **DISMISSED.**

     **IT IS SO ORDERED.**

                                                        **s/Algenon L. Marbley**
                                                        **ALGENON L. MARBLEY
                                                        United States District Judge**

**DATED:  December 8, 2014**